UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 26  AM 7:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

R&G ENGINEERING, INC.

V.    CIVIL NO. 98-1760 (RLA)

GREAT AMERICAN INSURANCE CO.

<u>O R D E R</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/15/99   **Docket # 36**<br>[X] Dft.<br><br>**Title:** NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT | **NOTED.** Plaintiff shall serve its opposition to defendant by the **November 5, 1999** deadline. |

October 25, 1999            RAYMOND L. ACOSTA
    Date                    U.S. District Judge

Rec'd:        EOD:

By:        # 37