UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 15 AM 7:38
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

R&G ENGINEERING, INC.

V.   CIVIL NO. 98-1760 (RLA)

GREAT AMERICAN INSURANCE CO.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/3/99   Docket # 38<br>[X] Plffs.<br><br>Title: REQUEST FOR EXTENSION | GRANTED. Plaintiff shall serve its opposition no later than **November 19, 1999** and defendants shall reply, if warranted, no later than **December 10, 1999**. |

November 10, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By:       # 39