UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 29 AM 7:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

R&G ENGINEERING, INC.

V.  CIVIL NO. 98-1760 (RLA)

GREAT AMERICAN INSURANCE CO.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/19/99  Docket # 40<br>[X] Plffs.<br>Title: REQUEST FOR SECOND AND LAST EXTENSION | GRANTED. Plaintiff shall serve its opposition no later than **November 23, 1999** and defendants shall reply, if warranted, no later than **December 15, 1999**. |

November 24, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:     # 42