IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

R&G ENGINEERING, INC., et al.,

    Plaintiffs,

    v.                        CIVIL NO. 98-1760 (RLA)

TRANSCONTAINER TRANSPORT, INC.,

    Defendant.

===============================================

## J U D G M E N T

    This Court having granted defendant's Motion for Summary Judgment through its Order issued on this same date; it is hereby

    ORDERED and ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE.**

    It is further ORDERED and ADJUDGED that there will be no special imposition of costs or attorney's fees.

    IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of July, 2002.

                                          _____
                                         RAYMOND L. ACOSTA
                              United States District Judge